The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JERRY A. MCLAUGHLIN & KATRINA MCLAUGHLIN, husband and wife, individually and as guardians for their four children,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DAVID STRASSER AND JANE DOE STRASSER, husband and wife and the marital community comprised thereof; DAVID C STRASSER AGENCY LLC, a Washington limited liability company,<br><br>Defendants. | No. 2:17-cv-00503-JLR<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR: MAY 18, 2017 |

## I.   STIPULATION

IT IS STIPULATED by Plaintiffs Jerry McLaughlin and Katrina McLaughlin and Defendants American Family Mutual Insurance Company, David Strasser, Jane Doe Strasser, and David C. Strasser Agency, LLC that all claims and defenses may be dismissed with prejudice and without an award of costs or fees to any party.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
(2:17-cv-00503-JLR) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this 18th day of May, 2017.

| | |
|---|---|
| KELLER ROHRBACK L.L.P. | COLE, WATHEN, LEID & HALL, P.C. |
| By: s/ *Isaac Ruiz* <br>   William C. Smart, WSBA #8192 <br>   Isaac Ruiz, WSBA #35237 <br>   Kathryn Knudsen, WSBA #41075 <br>   Attorneys for Plaintiffs | By: s/ *Isaac Ruiz with email authority for:* <br>   Rory W. Leid, WSBA #25075 <br>   Christopher Roslaniec, WSBA #40568 <br>   Attorneys for Defendants |

FAGRE BAKER DANIELS, LLP

By: s/ *Isaac Ruiz with email authority for:*
   Matthew D. Clark, WSBA #39514
   Michael S. McCarthy, (*pro hac vice*)
   Todd P. Walker, (*pro hac vice*)
   Attorneys for Defendants

## II.   ORDER

IT IS HEREBY ORDERED that any and all claims or causes of action and any and all defenses are hereby DISMISSED with prejudice and without an award of costs or fees to any party.

DATED this 18th day of May, 2017.

_____
THE HONORABLE JAMES L. ROBART

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
(2:17-cv-00503-JLR) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Presented by:

KELLER ROHRBACK L.L.P.


By: s/ *Isaac Ruiz*
    William C. Smart, WSBA #8192
    Isaac Ruiz, WSBA #35237
    Kathryn Knudsen, WSBA #41075
    Attorneys for Plaintiffs


COLE, WATHEN, LEID & HALL, P.C.


By: s/ *Isaac Ruiz for*
    Rory W. Leid, WSBA #25075
    Christopher Roslaniec, WSBA #40568
    Attorneys for Defendants

FAGRE BAKER DANIELS, LLP


By: s/ *Isaac Ruiz for*
    Matthew D. Clark, WSBA #39514
    Michael S. McCarthy, (*pro hac vice*)
    Todd P. Walker, (*pro hac vice*)
    Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
(2:17-cv-00503-JLR) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384